UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAMONA Z. POLANCO,

                Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 1588 (DLI)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 19 2005 ★

BROOKLYN OFFICE

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on May 16, 2005, remanding the case to the Commissioner of Social Security for further administrative proceedings, including submission to an Administrative Law Judge for a *de novo* hearing and a new decision, pursuant to the sixth sentence of 42 U.S.C. § 405(g); and further ordering the Commissioner of Social Security to conduct the additional administrative proceedings without delay; it is

      ORDERED and ADJUDGED that the case is remanded to the Commissioner of Social Security for further administrative proceedings, including submission to an Administrative Law Judge for a *de novo* hearing and a new decision, pursuant to the sixth sentence of 42 U.S.C. § 405(g); and that the Commissioner of Social Security is further ordered to conduct the additional administrative proceedings without delay.

Dated: Brooklyn, New York
       May 18, 2005

                                                                         ROBERT C. HEINEMANN
                                                                         Clerk of Court